IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAY M. FENDER, | ) | Case No. 4:02CV3092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FRED BULL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Filing 119, the withdrawal of the appearance by Defendant's attorney, Eileen McBride, is approved and the entry of appearance by Maureen Hannon on behalf of Defendant is recognized and approved.

Dated this 13th day of February 2006.

BY THE COURT:


s/F. A. Gossett
United States Magistrate Judge


13-154-2